E-FILED 1/18/17

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SORAYA E. GHALCHI, an individual<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK, N.A., a national banking association, and DOES 1-25, inclusive,<br><br>Defendants. | Case No: CV 14-06619-PSG (CWx)<br><br>Hon. Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT**<br><br>Date Action Filed: July 17, 2014<br>Date Action Removed: August 25, 2014 |

BRYAN CAVE LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

Following the Court's entry of Order GRANTING Defendants' Motion for Summary Judgment (Docket No. 108),

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant U.S. Bank, N.A. and against plaintiff Soraya E. Ghalchi ("Plaintiff"), and that Plaintiff take nothing by this action.

Dated: 1/18/17

PHILIP S. GUTIERREZ
_____
The Honorable Philip S. Gutierrez
U.S. District Court Judge